UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-60665-UU

MELVIS JUAN BERLANGA VILLEGAS,           )
PEDRO JOSE SERRANO and all others        )
similarly situated under 29 U.S.C. 216(b),  )
                                         )
          Plaintiffs,                    )
     vs.                                 )
                                         )
                                         )
PAINTING FIRM LLC,                       )
CHARLES R ANSAROFF,                      )
JENNIFER L ANSAROFF,                     )
                                         )
          Defendants.                    )
_____  )

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**MELVIS JUAN BERLANGA VILLEGAS:**
Federal Half-Time Overtime Wage Claim (09/15/15-3/31/17):
Weeks: 80
Overtime hours: 12
Amount of half-time overtime per hour not compensated: $8.75
Total overtime wages unpaid and liquidated damages: $8,400.00 X 2 = $16,800.00

**PEDRO JOSE SERRANO:**
Federal Half-Time Overtime Wage Claim (09/15/15-11/20/16):
Weeks: 61
Overtime hours: 12
Amount of half-time overtime per hour not compensated: $8.75
Total overtime wages unpaid and liquidated damages: $6,405.00 X 2 = $12,810.00

**Total overtime wage claim and liquidated damages:**
**$14,805.00 X 2 = $29,610.00,** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.

\*\* Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

          Respectfully submitted,

          J. H. ZIDELL, P.A.
          ATTORNEYS FOR PLAINTIFF
          300-71ST STREET, SUITE 605
          MIAMI BEACH, FLORIDA 33141
          305-865-6766
          305-865-7167

          By:_s/ Neil Tobak, Esq. \_\_\_
             Neil Tobak, Esquire
             Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 4/20/17 TO:**

**ALL CM/ECF RECIPIENTS**

   **BY:_____/s/ Neil Tobak_____**
            **Neil Tobak, ESQ.**