IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60665-UU

MELVIS JUAN BERLANGA VILLEGAS,
PEDRO JOSE SERRANO and all others
Similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

PAINTING FIRM LLC,
CHARLES R ANSAROFF,
JENNIFER L ANSAROFF,

        Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSE
## TO COMPLAINT UNDER 29 U.S.C. 201-216 OVERTIME VIOLATIONS

Defendants, Painting Firm, LLC, Charles R. Ansaroff, and Jennifer L. Ansaroff, collectively (the "Defendants"), hereby files this Answer and Affirmative Defense to the Complaint, as follows:

    1.    Defendants admit the allegations of paragraph 1.

    2.    Defendants admit the allegations of paragraph 2.

    3.    Defendants admit the allegations of paragraph 3.

    4.    Defendants admit the allegations of paragraph 4.

    5.    Defendants deny the allegations of paragraph 5.

    6.    Defendants deny the allegations of paragraph 6.

    7.    Defendants deny the allegations of paragraph 7.

    8.    Defendants admit the allegations of paragraph 8.

9. Defendants admit that the statute exists and speaks for itself. Defendants deny all further allegations inconsistent with the statute.

10. Defendants deny the allegations of paragraph 10.

11. Defendants deny the allegations of paragraph 11.

12. Defendants deny the allegations of paragraph 12.

13. Defendants admit the allegations of paragraph 13.

14. Defendants admit the allegations of paragraph 14.

15. Defendants admit the allegations of paragraph 15.

16. Defendants deny the allegations of paragraph 16.

17. Defendants deny the allegations of paragraph 17.

18. Defendants deny the allegations of paragraph 18.

## GENERAL DENIAL

Any allegation not specifically admitted herein is denied.

## AFFIRMATIVE DEFENSE

**First Affirmative Defense**: To the extent Plaintiffs' claims and items of damages did not accrue within the time prescribed by law for them before this action was brought, Plaintiffs' claims are barred. Plaintiffs may not recover damages sought for work performed more than two years prior to the filing of the Complaint or three years in the case of a willful violation pursuant to 29 U.S.C.A. § 225(a).

WHEREFORE, Defendants having answered the Complaint filed against them request the Court enter such relief as appropriate.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                    By:  s/Kenneth L. Minerley
                        Kenneth L. Minerley
                        Fla. Bar No. 0521840
                        ken@minerleyfein.com
                        **MINERLEY FEIN, P.A.**
                        *Attorneys for Defendant*
                        1200 N. Federal Highway, Suite 420
                        Boca Raton, FL  33432
                        Phone: (561) 362-6699
                        Fax: (561) 447-9884