IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60665-UU

MELVIS JUAN BERLANGA VILLEGAS,
PEDRO JOSE SERRANO and all others
Similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,
vs.

PAINTING FIRM LLC,
CHARLES R ANSAROFF,
JENNIFER L ANSAROFF,

        Defendants.
_____/

## RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM [DE 11]

Defendants, Painting Firm, LLC, Charles R. Ansaroff, and Jennifer L. Ansaroff, by and through their undersigned counsel, respond to the Plaintiff's Statement of Claim [DE 11], as follows:

Amount of Unpaid Wages to Melvis Juan Berlanga Villegas: $4,091.00.

Amount of Unpaid Wages to Pedro Serrano: $3,271.00, as set forth below:

### Melvis Juan Berlanga Villegas

| DATES WORKED | TOTAL HOURS WORKED | TOTAL HOURS OF OVERTIME | AMOUNT OWED |
|---|---|---|---|
| 10/3/15 – 10/9/15 | 48 | 8 hours (x$8.00) | $64.00 |
| 10/10/15 – 10/16/15 | 65 | 25 hours (x$8.00) | $200.00 |
| 10/17/15 – 10/23/15 | 60.5 | 20.50 hours (x$8.00) | $164.00 |
| 10/24/15 – 10/30/15 | 68.5 | 28.50 hours (x$8.00) | $228.00 |
| 10/31/15 – 11/6/15 | 61.5 | 21.50 hours (x$8.00) | $172.00 |
| 11/7/15 – 11/13/15 | 66 | 26 hours (x$8.00) | $208.00 |
| 11/14/15 – 11/20/15 | 53.5 | 13.50 hours (x$8.00) | $108.00 |
| 12/5/15 – 12/11/15 | 41 | 1 hours (x$8.00) | $8.00 |
| 12/12/15 – 12/18/15 | 49 | 9 hours (x$8.00) | $72.00 |
| 1/2/16 – 1/8/16 | 48 | 8 hours (x$8.00) | $64.00 |
| 1/9/16 – 1/15/16 | 48 | 8 hours (x$8.00) | $64.00 |

| | | | |
|---|---|---|---|
| 1/23/16 – 1/29/16 | 52.5 | 12.50 hours (x$8.00) | $100.00 |
| 1/30/16 – 2/5/16 | 49 | 9 hours (x$9.00) | $81.00 |
| 3/5/16 – 3/11/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 3/12/16 – 3/18/16 | 43.5 | 3.5 hours (x$9.00) | $31.50 |
| 3/19/16 – 3/25/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 3/26/16 – 4/1/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 4/2/16 – 4/8/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 4/9/16 – 4/15/16 | 51.5 | 11.50 hours (x$9.00) | $103.50 |
| 4/16/16 – 4/22/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 4/30/16 – 5/6/16 | 64 | 24 hours (x$9.00) | $216.00 |
| 5/7/16 – 5/13/16 | 52 | 12 hours (x$9.00) | $108.00 |
| 5/14/16 – 5/20/16 | 50 | 10 hours (x$9.00) | $90.00 |
| 5/21/16 – 5/27/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 5/28/16 – 6/3/16 | 48.5 | 8.50 hours (x$9.00) | $76.50 |
| 6/4/16 – 6/10/16 | 47 | 7 hours (x$9.00) | $63.00 |
| 6/11/16 – 6/17/16 | 53 | 13 hours (x$9.00) | $117.00 |
| 6/18/16 – 6/24/16 | 60.5 | 20.50 hours (x$9.00) | $184.50 |
| 6/25/16 – 7/1/16 | 47 | 7 hours (x$9.00) | $63.00 |
| 7/9/16 – 7/15/16 | 45 | 5 hours (x$9.00) | $45.00 |
| 7/16/16 – 7/22/16 | 45 | 5 hours (x$9.00) | $45.00 |
| 7/23/16 – 7/29/16 | 44 | 4 hours (x$9.00) | $36.00 |
| 7/30/16 – 8/5/16 | 41 | 1 hours (x$9.00) | $9.00 |
| 9/17/16 – 9/23/16 | 50 | 10 hours (x$9.00) | $90.00 |
| 10/15/16 – 10/21/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 10/22/16 – 10/28/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 10/29/16 – 11/4/16 | 47 | 7 hours (x$9.00) | $63.00 |
| 11/5/16 – 11/11/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 11/12/16 – 11/18/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 12/3/16 – 12/9/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 12/10/16 – 12/16/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 12/31/16 – 1/6/17 | 48 | 8 hours (x$9.00) | $72.00 |
| 1/7/17 – 1/13/17 | 50 | 10 hours (x$9.00) | $90.00 |
| 1/14/17 – 1/20/17 | 47 | 7 hours (x$9.00) | $63.00 |
| 1/28/17 – 2/3/17 | 48 | 8 hours (x$8.00) | $64.00 |
| 2/25/17 – 3/3/17 | 48 | 8 hours (x$8.00) | $64.00 |
| | | | TOTAL $4,091.00 |

## Pedro Serrano

| DATES WORKED | TOTAL HOURS WORKED | TOTAL HOURS OF OVERTIME | AMOUNT OWED |
|---|---|---|---|
| 10/3/15 – 10/9/15 | 48 | 8 hours (x$8.00) | $64.00 |
| 10/10/15 – 10/16/15 | 65 | 25 hours (x$8.00) | $200.00 |

| | | | |
|---|---|---|---|
| 10/17/15 – 10/23/15 | 60.5 | 20.50 hours (x$8.00) | $164.00 |
| 10/24/15 – 10/30/15 | 68.5 | 28.50 hours (x$8.00) | $228.00 |
| 10/31/15 – 11/6/15 | 61.5 | 21.50 hours (x$8.00) | $172.00 |
| 11/7/15 – 11/13/15 | 66 | 26 hours (x$8.00) | $208.00 |
| 11/14/15 – 11/20/15 | 48 | 8 hours (x$8.00) | $64.00 |
| 12/5/15 – 12/11/15 | 41 | 1 hours (x$8.00) | $8.00 |
| 12/12/15 – 12/18/15 | 49 | 9 hours (x$8.00) | $72.00 |
| 1/2/16 – 1/8/16 | 48 | 8 hours (x$8.00) | $64.00 |
| 1/9/16 – 1/15/16 | 48 | 8 hours (x$8.00) | $64.00 |
| 1/23/16 – 1/29/16 | 52.5 | 12.50 hours (x$8.00) | $100.00 |
| 1/30/16 – 2/5/16 | 49 | 9 hours (x$9.00) | $81.00 |
| 3/5/16 – 3/11/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 3/12/16 – 3/18/16 | 51.5 | 11.50 hours (x$9.00) | $103.50 |
| 3/19/16 – 3/25/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 3/26/16 – 4/1/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 4/2/16 – 4/8/16 | 49 | 9 hours (x$9.00) | $81.00 |
| 4/9/16 – 4/15/16 | 51.5 | 11.50 hours (x$9.00) | $103.50 |
| 4/16/16 – 4/22/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 4/30/16 – 5/6/16 | 64 | 24 hours (x$9.00) | $216.00 |
| 5/7/16 – 5/13/16 | 52 | 12 hours (x$9.00) | $108.00 |
| 5/14/16 – 5/20/16 | 51 | 11 hours (x$9.00) | $99.00 |
| 5/21/16 – 5/27/16 | 48 | 8 hours (x$9.00) | $72.00 |
| 5/28/16 – 6/3/16 | 48.5 | 8.50 hours (x$9.00) | $76.50 |
| 6/4/16 – 6/10/16 | 47 | 7 hours (x$9.00) | $63.00 |
| 6/11/16 – 6/17/16 | 53 | 13 hours (x$9.00) | $117.00 |
| 6/18/16 – 6/24/16 | 60.5 | 20.5 hours (x$9.00) | $184.50 |
| 6/25/16 – 7/1/16 | 47 | 7 hours (x$9.00) | $63.00 |
| 7/9/16 – 7/15/16 | 45 | 5 hours (x$9.00) | $45.00 |
| 7/16/16 – 7/22/16 | 45 | 5 hours (x$9.00) | $45.00 |
| 7/23/16 – 7/29/16 | 44 | 4 hours (x$9.00) | $36.00 |
| 7/30/16 – 8/5/16 | 41 | 1 hours (x$9.00) | $9.00 |
| 9/17/16 – 9/23/16 | 48 | 8 hours (x$9.00) | $72.00 |
| | | | **TOTAL  $3,271.00** |

This is based upon the time records of the Defendants, showing the actual hours worked by Plaintiffs, and computing those hours in excess of forty (40) for any given week x $8.00 or $9.00, respectively, which would be the half-time rates for the hours worked. Plaintiffs were paid their regular rate for all hours worked.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                By:/s/Kenneth L. Minerley
                                    Kenneth L. Minerley
                                    Fla. Bar No. 0521840
                                    ken@minerleyfein.com
                                    **MINERLEY FEIN, P.A.**
                                    *Attorneys for Defendants*
                                    1200 N. Federal Highway, Suite 420
                                    Boca Raton, FL  33432
                                    Phone:     561/362-6699
                                    Fax:         561/447-9884