UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60665-CIV-UU

MELVIS JUAN BERLANGA VILLEGAS,  )
PEDRO JOSE SERRANO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
                Plaintiffs,               )
       vs.                                )
                                          )
PAINTING FIRM LLC,                        )
CHARLES R ANSAROFF,                       )
JENNIFER L ANSAROFF,                      )
                                          )
                Defendants.               )
_____)

## JOINT PLANNING AND SCHEDULING REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.1.B.2 of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Order Setting Initial Planning and Scheduling Conference [DE7], Plaintiffs, Melvis Juan Berlanga Villegas and Pedro Jose Serrano ("Plaintiffs") and Defendants, Painting Firm LLC, Charles R Ansaroff, and Jennifer L Ansaroff (collectively "Defendants"), hereby file this Joint Planning and Scheduling Report.

1. **A PLAIN STATEMENT OF THE NATURE OF THE CLAIM AND ANY COUNTERCLAIMS, CROSS-CLAIMS, OR THIRD PARTY CLAIM, INCLUDING THE AMOUNT OF DAMAGES CLAIMED AND ANY OTHER RELIEF SOUGHT.**

This Court's subject matter jurisdiction falls under the Fair Labor Standards Act as alleged in the operative Complaint as Plaintiffs bring claims for unpaid overtime wages under the FLSA. Plaintiffs' claims are valued as set forth in the operative Complaint and Statement of Claim. Plaintiffs also seek statutory doubling for the wages along with attorneys' fees and costs

1

from the Defendants, jointly and severally. Plaintiffs reserve the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same. Plaintiffs demand a trial by jury.

2. **A BRIEF SUMMARY OF THE FACTS WHICH ARE UNCONTESTED OR WHICH CAN BE STIPULATED TO WITHOUT DISCOVERY.**

   The following facts are undisputed:

   1) This is an action under the FLSA, 29 U.S.C.§ 201-216.

   2) The Plaintiffs were residents of Broward County, Florida at the time that this dispute arose.

   3) Defendants stipulate to both prongs of FLSA enterprise coverage/subject-matter jurisdiction for the years 2014 through and including 2017.

   4) Defendants stipulate that Defendants PAINTING FIRM LLC., and CHARLES R ANSAROFF were Plaintiffs employers as that term is defined by the FLSA.

   5) Defendants stipulate that the individual Defendant CHARLES R ANSAROFF shall be individually liable, jointly and severally, should there be a finding of liability against the corporate Defendant.

3. **A BRIEF SUMMARY OF THE ISSUES AS PRESENTLY KNOWN**.

   The following is a brief summary of the issues as presently known:

   a. Whether Plaintiffs were paid for all hours worked or permitted to suffer.

   b. Whether Defendants owe Plaintiffs overtime compensation and if so how much;

   c. Whether any alleged violation(s) by Defendants was willful;

    d.      Whether Defendant JENNIFER L ANSAROFF was Plaintiffs 'employer as the term is defined by the FLSA.

4. **WHETHER DISCOVERY SHOULD BE CONDUCTED IN PHASES OR LIMITED TO PARTICULAR ISSUES.**

    The parties believe that discovery should not be conducted in phases or limited to any particular issues. The Parties agree to follow the discovery deadlines as set forth by the Court. Plaintiffs intend to fully utilize the FLSA opt-in process and will seek leave to amend or certify, if applicable.

5. **A DETAILED SCHEDULE OF DISCOVERY FOR EACH PARTY.**

    a. Limitations on discovery and supplementation of discovery responses are to be in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

    b. Discovery shall be completed

    PLAINTIFFS: on or before April 7, 2018[1]

    DEFENDANTS: September 30, 2017

    c. The parties will coordinate the scheduling of all depositions.

6. **PROPOSED DEADLINES FOR JOINDER OF OTHER PARTIES AND TO AMEND THE PLEADINGS, TO FILE AND HEAR MOTIONS AND TO COMPLETE DISCOVERY.**

    a. **To Join Parties and to Amend Pleadings:**

    PLAINTIFFS: on or before September 20, 2017.

---

[1] Counsel for Plaintiff are Jewish and observe the High Holy Days and, as such, Plaintiff's counsel's firm is closed and all staff and attorneys are unavailable on 5/31/17, 6/1/17, 9/21/17, 9/22/17, 9/30/17, 10/5/17, 10/6/17, 10/12/17, 10/13/17, and will have a difficult time scheduling discovery to occur during said months due to these closures. Further, Plaintiff's counsel has a special set Trial commencing on January 15, 2017, with the Honorable Magistrate Judge Turnoff.

3

DEFENDANTS: July 30, 2017

b. **To file and hear motions:**

PLAINTIFFS: served on or before May 21, 2018.

DEFENDANTS: October 30, 2017

The parties have further agreed that all motions *in limine* shall be filed and served in accordance with Rule 16.1(j), S.D.Fla.L.R.

c. **To complete discovery:**

PLAINTIFFS: on or before April 7, 2018

DEFENDANTS: September 30, 2017.[2]

7. **PROPOSED APPROXIMATE DATES FOR FINAL PRE-TRIAL CONFERENCES AND TRIAL.**

PLAINTIFFS: pre-trial conference should occur on June 19, 2018, and trial should commence the week of July 5, 2018.

DEFENDANTS: pre-trial conference should occur on January 8, 2018, and trial should commence the week of January 15, 2018

8. **THE PROJECTED TIME NECESSARY FOR TRIAL AND A STATEMENT OF WHETHER THE CASE IS JURY OR NON-JURY TRIAL.**

The Plaintiffs estimate a three (3) day jury trial following *voir dire*.

The Defendants estimate a two (2) day trial.

9. **A LIST OF ALL PENDING MOTIONS.**

---

[2]Counsel for Plaintiff are Jewish and observe the High Holy Days and, as such, Plaintiff's counsel's firm is closed and all staff and attorneys are unavailable on 5/31/17, 6/1/17, 9/21/17, 9/22/17, 9/30/17, 10/5/17, 10/6/17, 10/12/17, 10/13/17, and will have a difficult time scheduling discovery to occur during said months due to these closures. Further, Plaintiff's counsel has a special set Trial commencing on January 15, 2017, with the Honorable Magistrate Judge Turnoff.

None at this time.

10. **ANY UNIQUE OR FACTUAL ASPECTS OF THE CASE REQUIRING SPECIAL CONSIDERATION BY THE COURT.**

There are no unique legal or factual aspects of the case which require the Court's special consideration.

11. **ANY POTENTIAL NEED FOR REFERENCES TO A SPECIAL MASTER OR MAGISTRATE.**

The Parties do not agree to consent to the jurisdiction of the Judge Magistrate at this time.

12. **SETTLEMENT**

The parties agree to continuously explore the possibility of settlement.

13. **ANY OTHER MATTERS THAT LOCAL RULE 16.1B REQUIRES, OR THAT MAY AID IN THE FAIR, EXPEDITIOUS AND EFFICIENT MANAGEMENT AND/OR DISPOSITION OF THIS ACTION**

The Parties express an interest in resolving this case amicably.  The Parties agree to continuously explore the possibility of settlement and have already commenced settlement discussions. The Parties are scheduled to attend a Settlement Conference before the Honorable Magistrate Judge John J. O'Sullivan to occur on June 21, 2017. [DE13]. Before the Settlement Conference, the Parties intend to engage in settlement communications and, should the matter not be resolved at the Settlement Conference, will continue to explore, in good faith, the possibilities of settlement throughout the litigation as contemplated by S.D. Fla. L.R. 16.1(B)(5). However, because the Parties have yet to engage in any discovery, the Parties are unable to determine the likelihood of settlement.

.

Dated this 2th day of June, 2017

Respectfully submitted,

*/s/*__Neil Tobak_____
Neil Tobak, Esq.
Florida Bar No. 93940
J.H. ZIDELL, P.A.
300 71st Street, Suite. 605
Miami Beach, FL 33141
Tel: 305-865-6766
Fax: 305-865-7167
Email: ntobak.zidellpa@gmail.com
*Attorney for Plaintiff*

By:  /s/ Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 521840
Primary Email:
Ken@minerleyfein.com
**MINERLEY FEIN, P.A.**
*Attorneys for Defendants*
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone: 561/362-6699
Fax:    561/447-9884
Litigation@minerleyfein.com
Fileclerk@minerleyfein.com

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60665-CIV-UU

MELVIS JUAN BERLANGA VILLEGAS, )
PEDRO JOSE SERRANO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
      Plaintiffs, )
vs. )
)
PAINTING FIRM LLC, )
CHARLES R ANSAROFF, )
JENNIFER L ANSAROFF, )
)
      Defendants. )
_____ )

**JOINT PLANNING AND SCHEDULING ORDER**

Pursuant to Fed.R. Civ. P. 26(f) and S.D.Fla. L.R. 16.1(B), and upon consideration of the Joint Planning and Scheduling Report filed by the Parties and being otherwise duly advised, it is

ORDERED AND ADJUDGED:

1. Written interrogatories, requests for admissions, requests for production of documents shall be completed by _____.

2. All expert and non-expert discovery shall be completed by _____.

3. All depositions of non-expert witnesses and expert witness shall be completed by _____.

4. Joinder of other parties shall be completed by _____.

5. All Pleadings shall be amended by _____.

6. All Motions dispositive and otherwise shall be filed and heard by _____.

7.The Final Pretrial Conference shall be held no later than _____.

8.Trial shall begin the (2) week period commencing _____ unless a continuance is granted in accordance with the local rules and the Federal Rules of Civil Procedure.

9.This case is assigned to the standard track pursuant to Local Rule 16.1 (A) (2) as it is estimated this case will require 3 to 5 days for trial. This shall be a trial by jury.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

_____
URSULA UNGARO
UNITED STATED DISTRICT JUDGE


Copies to: Counsel of Record