UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60665-UU

MELVIS JUAN BERLANGA VILLEGAS, *et al.*,

      Plaintiffs,

v.

PAINTING FIRM, LLC, *et al.*,

      Defendants.                              /

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THIS CAUSE is before the Court *sua sponte* and upon Magistrate Judge O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice, D.E. 21.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On June 21, 2017, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-1353 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until August 21, 2017 to enforce the terms of the settlement. D.E. 21.

The Court has made a review of the entire file and record herein and agrees with Judge O'Sullivan's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation, D.E. 21, is RATIFIED, AFFIRMED and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is HEREBY DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction until **August 21, 2017** to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of June, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record